JS 45 (5/97) - (Revised USAO MA 11/15/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Hudson, MA    **Category No.** III    **Investigating Agency** FDA FD

**City** Hudson    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

# 09 CR 10160 RGS

**Defendant Information:**

**Defendant Name** Torino Jennings    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 10181 Scots Landing, Mechanicsville, VA 23227

**Birth date (Year only):** 1973   **SSN (last 4 #):** 1471   **Sex** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:** Bruce Singal    **Address:** One Beacon Street
                                                              Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Stephen P. Heymann    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Victims:** ☒ Yes ☐ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☒ Misdemeanor 7   ☒ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** May 28, 2009    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Torrino Jennings

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 331(a) | Intro. Of Misbranded Drugs into Commerce | 1-7 |
| Set 2   26 U.S.C. § 7201 | Tax Evasion | 8-11 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**