Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) Criminal No. 09 CR 10160 RGS<br>) |
| v. | ) |
| TORINO JENNINGS | ) |

## WAIVER OF INDICTMENT

I, **TORINO JENNINGS**, the above-named defendant, who is accused of Introduction of Misbranded Drugs into Interstate Commerce, in violation of 21 U.S.C. §§ 331(a), 333(a)(1) & 353(b)(1), and False Statements on Income Tax Returns, in violation of 26 U.S.C. § 7201, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____

Judicial Officer