UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) | Criminal No. 09-CR-10160-RGS |
| TORINO JENNINGS | ) ) ) ) | |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel for Defendant Torino Jennings in the above-captioned matter.

I certify that I am admitted to practice in this court.

                    TORINO JENNINGS,
                    By his attorneys,


                      /s/  Damien C. Powell
                    Damien C. Powell, BBO #664200
                    Donoghue, Barrett & Singal, P.C.
                    One Beacon Street, Suite 1320
                    Boston, MA 02108
                    (617) 720-5090
                    dpowell@dbslawfirm.com

Dated:   May 29, 2009

## CERTIFICATE OF SERVICE

      I, Damien Powell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 29th day of May, 2009.

                                                                                                             */s/   Damien C. Powell*
                                                                                                  Damien C. Powell