Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 09-CR10160-RGS |
| ) | |
| TORINO JENNINGS ) | |

## WAIVER OF INDICTMENT

I, **TORINO JENNINGS**, the above-named defendant, who is accused of Introduction of Misbranded Drugs into Interstate Commerce, in violation of 21 U.S.C. §§ 331(a), 333(a)(1) & 353(b)(1), and False Statements on Income Tax Returns, in violation of 26 U.S.C. § 7201, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on July 13, 2009, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer

7-13-09.

FILED IN
OPEN COURT
7.13.09