# EXHIBIT A

## EXHIBIT A – LETTERS OF SUPPORT

**TAB #**

| | |
|---|---|
| 1 | Chris Thompson |
| 2 | Russell Turner |
| 3 | Andrew T. Gray |
| 4 | Dee Vick |
| 5 | Michael D. Druitt |
| 6 | Elson R. DeVan |
| 7 | Michelle Peebles-Jennings |
| 8 | Dr. Sauntasha L. Austin |
| 9 | Rebeka Rogers |
| 10 | Donna Haynesworth |
| 11 | Jack and Diane Neal |
| 12 | Bill James |
| 13 | Melvin L. Rose |
| 14 | Randy Ashe |
| 15 | Yolanda Bruce Brooks, Psy.D. |
| 16 | Carol King LPN |
| 17 | Damian L. Covington, M.D. |
| 18 | Harold T. Green, Jr., M.D. |
| 19 | Randolph Williams, Jr. |
| 20 | Dr. Lance D. Watson |

**TAB #**

| | |
|---|---|
| 21 | Monica D. Lucas |
| 22 | Frank D. Tennyson |
| 23 | Gary Rosser, Jr. |
| 24 | Twanda Jennings-Dula |
| 25 | Esther Peebles |
| 26 | Sonya Mayo Saunders |
| 27 | Rashika and Corey Wallace |
| 28 | Turner T. Dula |
| 29 | Sandra Dickerson-Fox |
| 30 | Lunetta Davis |
| 31 | Allie Clinton Roane and Deborah W. Roane |
| 32 | Nurumbi D. Hash, Senior Pastor |
| 33 | Richard L. Bennett, M.D. |
| 34 | Herbert H. Johnson, Jr. |
| 35 | Francine Saunders Booker |
| 36 | Carlton A. Wynn |

# TAB 1

June 26, 2009

The Honorable Judge Richard G. Stearns:

My name is Chris Thompson and I currently reside at 13085 Morris Rd Alpharetta Ga, 30004. I have known Dr. Torino Jennings for 23 years and the one person that probably knows him best. He is my best friend and godfather of my two sons. We grew up together in Roanoke Virginia and attended the same schools and Dr. Torino Jennings came from very humble beginnings. Unfortunately he was not raised by his biological mother or father but by his Aunt and Uncle whom had their own 5 kids to raise but still took him in as his own. He was a product of a teen pregnancy and his Aunt stepped in to allow his mother to continue her schooling and to give Dr. Torino Jennings (Tee) a chance at a descent life. Since I can remember he has always spoken of becoming a doctor and as kids he was academically driven to fulfill his dream despite his unusual upbringing.

Dr. Jennings grew up in a house with five other children so you can imagine things were spread pretty thin but Tee never ever complained about his own circumstances and used that as extra motivation to fulfill his dream. He made promise to himself to get out of this poverty stricken neighborhood and to come back and help others that were less fortunate just like he was while growing up. Growing up he grew up in a neighborhood where there was constant drug dealings, shootings, and other crimes that children shouldn't be exposed to but it was our home. He never fell to the temptation of drugs or any other illegal activities EVER! You can only imagine what it is like to grow up in a neighborhood where it seems only bad things happen and nothing ever good happens. Most people in our neighborhood were just trying to survive but everyone looked up to Dr. Jennings because of his dedication to school, sports, helping others and his dream of becoming a doctor. He was by far the smartest out of our group of friends and always talked about going to college and medical school. I was leading a less than honorable life but Dr Jennings was always in my ear about education and becoming a better person. He introduced me to my lord and savior Jesus Christ and because of Dr. Torino Jennings I turned my life around and enrolled into college. If not for him, I don't know where I would be. We lived together during those years while he was medical school and I have never in my life seen someone work so hard to fulfill their dream. It would be times where we would go out for a night on the town and not get in to very late and I would wake up in the middle of the night and he would be wide awake with a book in his hand studying!

I can't begin to tell you the effect he has had on our community. Many people look up to him and realize that you can succeed regardless of your circumstances. He made others in our neighborhood realize that you do not have to be a product of your environment. To this day he is labeled a hero in our hometown and the poster child of what you can do if you put your mind to it! There is not one person in Roanoke Va young or old that does not hold the upmost respect for Dr. Jennings. He and his entire family has deep roots in the church and as mentioned Dr. Torino Jennings was the one that introduced me to the church. He involves himself with his community while so many others have made it out and never looked back. He coaches inner city children in baseball, football, and basketball. He donates much of his time and money helping others.

I understand the allegations against Dr. Jennings are those that are serious but I hope and pray that he does not lose his license or ends up in prison. He has two daughters, a son, a nephew that he takes care of as his own, host of family member's and hundreds if not thousands of others in the community that depend and look up to him. Not to long ago, he lost his brother whom was a minister to a tragic accident so he and his family has been through a lot and seeing anything happen to Dr. Jennings would be a huge travesty to his family. I truly believe and know in my heart that society would not benefit one bit from losing such a great doctor, friend, husband, mentor, and man who has dedicated his entire life and time to taking care of others in and out of the office.

Sincerely,

Chris Thompson

*Sworn and subscribed before me on July 2, 2009
Mr CHRIS THOMPSON presented his GEORGIA DRIVER
LICENSE as identification.
Winnie Chang*

**WINNIE CHANG**
Notary Public
Gwinnett County
State of Georgia
My Commission Expires Feb 22, 2013

**TAB 2**

August 13, 2009

To the Honorable Richard G. Stearns:

I am writing in support of Torino "Tee" Jennings who is a longtime friend of mine and who has recently come before your court. Tee and I grew up together in Roanoke, Virginia and were teammates on the basketball team at Hampden-Sydney College. I know him well and I was surprised to hear about his legal issues because Tee has always been an inspirational man to me. I know where he has come from, and I know the heights he has reached, and Tee is an individual in whom I completely trust.

Tee and I experienced extremely different childhoods in Roanoke. To say that the odds were stacked against his success would be quite an understatement. Tee's mom was 13 years old when he was born, and he was reared without a father in his life. His circumstances seemed impossible compared to my own, yet he energized people within the Roanoke community—and the people there fostered an environment that allowed Tee to succeed and inspire others with his academic, athletic and community achievements. In winning an academic scholarship to attend Hampden-Sydney, Tee became a symbol of pride and success for the African-American people of my hometown.

Though Tee was 2 years behind me at Hampden-Sydney we had an immediate connection as teammates. Tee became every fan's favorite player because his size made him an apparent underdog. His greatest talent as a player was his ability to make the game fun for everyone else, and he exuded the presence of a winner. Tee was the model student-athlete, pulling pre-med classes and setting assists and steals records on the court while being a model of sportsmanship and humility. Tee is person who makes others want to be better—as teammates, as competitors, and as men. Tee's impact on our team was substantial, but he left an even greater imprint on the College. Tee was one of fewer than 20 African-American students at Hampden-Sydney when he arrived in 1991, and his success, along with the success of others, has led to incredible growth in the African-American community at Hampden-Sydney. The recent setback in his life will be felt by many and is a heavy burden for Tee.

I attended Tee's wedding to Michele in 2000 and felt the dreams of an emerging family. Tee is an incredible father to the 2 girls he and Michele have had together and he is also the father figure to Michele's son from a previous relationship and to his 14 year old biological nephew. His commitment to his family is a deep one and is easy to see, and I know that his greatest disappointment is the pain that his legal problems have created for those closest to him. I also know that Tee holds himself accountable and that his family will move forward with strength at the conclusion of his punishment.

**GOLDEN STATE WARRIORS • NATIONAL BASKETBALL ASSOCIATION**
**1011 Broadway • Oakland, CA 94607**
**510.986.2200 • 1.888.GSW.HOOP • warriors.com**



My wife is a Doctor with an Internal Medicine specialty and is also from Roanoke, so our connection to Tee's life is extended beyond a personal level. We have always been impressed with Tee's efforts to use his training to help others within his community. He clearly extends himself for many others and has been quite a positive model in many ways. The poor choices Tee has made that have resulted in his legal problems have come as a surprise to us, but Tee's reaction to this situation has not. He blames no one but himself, and he hopes to recover the pride he has temporarily lost. I have seen this man's determination in the face of adversity and I know that somehow this story will end well for Tee. In light of all of this, I respectfully and humbly request that you consider leniency in your determination of an appropriate remedy for Torino Jennings.

Thank you for your time and consideration.

Sincerely,

Russell Turner
Assistant Coach
Golden State Warriors
1011 Broadway
Oakland, CA 94607

**TAB 3**

**Andrew T. Gray**
**12406 Abbey Knoll Court**
**Woodbridge, VA  22192**
**(703) 730-7144 (work)**
**(703) 878-9220 (home)**

To:  Honorable Judge Richard G. Stearns
Re:  Torino Jennings

Judge Stearns,

I am writing on behalf of Torino "Tee" Jennings. I am currently an administrator and the head varsity basketball coach at Gar-Field Senior High School in Woodbridge, Virginia. I met Tee in August of 1988, near the beginning of my career at William Fleming High School in Roanoke, Virginia where I taught mathematics and served as an assistant basketball coach for five years. Since that time, I have regularly kept in touch with Tee.

Tee's work ethic, even in the tenth grade, was impressive. Throughout high school, he excelled in his academic work. Even though he was surrounded by peers who often derided him because of his classroom success, Tee continued to exhibit an uncommon level of drive and determination to get into position to become a physician. That same determination allowed him to overcome his lack of size, and he developed into an outstanding high school basketball player.

As one of Tee's high school mentors, I took him to visit a few colleges in Virginia. I was familiar with the academic program and the basketball staff at Hampden-Sydney College in Hampden-Sydney, Virginia. I thought Tee would fit in well there. Their admissions office loved his transcript, but the basketball staff thought he would be too small to make their team. It took a few months to convince them that he could make it, but once there his hard work earned Tee significant playing time during his freshman season. He was a starting point guard for three outstanding teams during his last three years there. Tee also never lost sight of his goal of becoming a physician, and he continued to prepare himself academically for medical school.

More importantly, I must address something other than Tee's exploits in classrooms and on basketball courts. I have worked in public schools in Virginia for the last twenty-one years, and I have had the privilege to work with thousands of high school students. If someone asked me to name the top five kids with whom I have worked during that time, Tee Jennings would be on that list. I have used his successful example in discussions with students for many years. He may never know how many of my Gar-Field Senior High School kids have listened to the "Tee Jennings Story." His hard work, his ability to overcome obstacles, his church and community involvement, his willingness to help children, his loyalty and respect for others, and his devotion to his family make him a very special individual. My association with him has been one of the highlights of my teaching and coaching career. I would be proud if my two young sons were to become the type of person that I know Tee Jennings is today.

Judge Stearns, I know that if I am writing this letter to you, then Tee is dealing with some difficult circumstances. I also know that if anyone in this world deserves consideration, then Tee certainly qualifies. If I can provide you with more information, or if I can appear in court to share my thoughts on this young man, please know that I am willing to do so at a moment's notice. I appreciate your time.

Sincerely,

Andrew T. Gray

**TAB 4**

# HAMPDEN-SYDNEY COLLEGE

HAMPDEN-SYDNEY, VIRGINIA

September 10, 2009

Dear Judge Stearns,

I am writing a letter to you in a little to describe how I know Dr. Torino Jennings. In 1996, Tee, as we called him, matriculated at Hampden-Sydney College in Farmville, VA. Tee was 5'5, 140 lbs. He was from a lower level financial background, but he had somehow managed to excel in the classroom and in athletics. He overcame many obstacles to get to H-SC.

H-SC is a private, all-male liberal arts college of 1,000 students. We have very little diversity and at the time, Tee was one of about 30 African-American students on campus. It wasn't an easy environment for an African-American. Nonetheless, Tee made countless friends at H-SC and despite being only 5'5, he became a giant. He chose to go Pre-Med which at the time was H-SC's toughest road to graduation. He became a crowd favorite because no one could believe a player his size could be successful. He became a star basketball player for our program. Opponents hated playing against Tee because he was fast and tenacious. He led his teammates and to this day he still holds records in our record books. He had everyone's respect and was a Team Captain. He served in the community, attended church as a student and managed to take on several leadership roles on campus. I remember Tee's ability to study until 3 a.m. and then wake up at 7:30 a.m. for a full day of classes and basketball practice. He had to be tired, but he never showed it and never made excuses. He was a true student-athlete.

I became an assistant coach at H-SC after I graduated and one of my responsibilities was to become recruiting coordinator. My head coach instructed me to recruit the entire country and to try to find another Tee Jennings. It was a daunting task, and 15 years later, after having been a player, an assistant coach and now a head coach, I am still searching for another Tee Jennings. Tee has the intangible qualities that can only be passed down through God's perfect plan.

Tee finished his degree at H-SC and went on to become a doctor. We have stayed in touch and I have seen him several times in the last few years. He now has a family and is a terrific father and husband. I invited him to deliver the benediction at our basketball banquet last year, which he delivered with grace and heart. He is a great person and I love him like a brother. He has always inspired me and many others.

Sincerely,

Dee Vick
Head Coach
Hampden-Sydney College

**TAB 5**

# HAMPTON UNIVERSITY
HAMPTON, VIRGINIA 23668

SCHOOL OF SCIENCE
OFFICE OF THE DEAN
(757) 727-5295
FAX (757) 727-5832

June 8, 2009

Honorable Judge Richard G. Stearns,

The purpose of this Character Reference is to express my deepest and sincere support of Dr. Torino Jennings or "Tee". Your honor, my name is Michael D. Druitt, Assistant to the Dean and Medical Science / Pre-Health Coordinator in the School of Science at Hampton University, and from the first moment I met Dr. Jennings in college, I knew he was a man of integrity and high values. Our relationship has flourished throughout the years and I can attest that his high morals have been displayed continuously during our interactions. Following my presentation you will be convinced of the altruistic nature of Dr. Jennings and how he has risen, like me, from the ranks of the underprivileged, to serve as a major contributor for the betterment of society.

I attended Longwood College (University) from 1990-1994 majoring in Biology while starting as Point Guard on the Basketball Squad. Similarly, Dr. Jennings majored in Biology - Pre-Med and was also the starting Point Guard on the Hampden-Sydney Basketball Squad. Because we had so much in common, there was an immediate connection and understanding that we shared. Often times, I remember running into him at our Library utilizing consortium resources and pressing onward toward his ultimate goal of becoming a Physician.

Moreover, Dr. Jennings' impact on both our Longwood campus and his Hampden-Sydney campus was greater than most would give him credit for! The close-knit African-American family we established away from home was built on honesty, trust, togetherness, and spirituality. He unofficially served as our Chaplain and Spiritual Leader, due to his God-presence, melodious voice, big heart, and willingness to lend a helping hand.

While observing his ways and actions, I gathered his interests were aligned with mine, but had no idea how parallel they were until we both pledged, Omega Psi Phi Fraternity, Inc. in 1994. Since then, Dr. Jennings has proven his dedication to his family and friends; but most importantly, he has committed his life to excellence, academically and professionally! Your honor, I can vouch for his continued labor in helping young, aspiring college students realize their goals in becoming doctors, dentists, and health professionals.

In my current role as Medical Science / Pre-Health Coordinator at Hampton University (HU), Dr. Jennings has helped us to establish one of our signature events on campus, the "White Coat Ceremony" held during Parents Weekend. The purpose of the program is to help HU students make a public commitment to their medical education, while

gaining the support of their peers, faculty advisors, and family.   It was he who emphasized the overwhelming need to focus on the History and Origins of Medicine, to aid students in their understanding of the profession.   Since 2007, we have brainstormed and developed an agenda that is in its third year of production, building the careers of over 150 HU Pre-Health students.   Several of whom have gone on to, Columbia, Johns Hopkins, UNC-Chapel Hill, Meharry, Morehouse, VCU, UVA, EVMS, and other fine medical schools.

This is just a raindrop in the bucket full of people who have felt the affects of Dr. Jennings' care-giving mentality.   While serving as M.D. in the Greater Richmond area, he has touched thousands of lives for the good of the community and for the love of human beings!   He is a kind-hearted, gentle man who loves his wife, children, immediate and extended-family incessantly.   If there is one lesson he has taught me throughout the years, it is clearly to walk the path of righteousness and always be truthful and forthright!   Finally, Dr. Jennings not only displays generosity in and around his profession, but also throughout the community and dealing with youth organizations.   As a Coach and advocate of youth league sports, he provides the strength and stability kids need and desire in a role-model.

Again, I Michael D. Druitt, can attest that Dr. Torino Jennings is the Lighthouse who shines a Beacon of Hope for youth and adults in troubled waters. If you have any further questions or concerns, feel free to contact me at your convenience.

Thank you for your time and consideration.

Sincerely,

Michael D. Druitt
Assistant to the Dean
Medical Science / Pre-Health Coordinator

**MICHAEL D. DRUITT, MS**
*Assistant to the Dean*
*Medical Science/Pre-Health Coordinator*

DEAN'S OFFICE (757) 637-2136
BIOLOGY (757) 728-6759
FAX (757) 727-5832
email: michael.druitt@hamptonu.edu

HAMPTON UNIVERSITY
HAMPTON, VA 23668

**TAB 6**

June 12, 2009

Dr. Torino R. Jennings
C/O Judge Richard G. Stearns
10181 Scot's Landing Drive
Mechanicsville, VA 23116

Dear Judge Stearns,

I understand that you will be presiding over the court proceedings for Dr. Torino R. Jennings and I am writing you to show my support for Dr. Jennings. I have had the pleasure on knowing Dr. Jennings for the past twelve years and consider him a true friend and inspiration.

I met Torino while attending Hampden-Sydney College when I was a freshman and he was an upperclassman. He helped me get acclimated to college life by advising me on the transition from high school to college. We often had discussions about academics and athletics and how important it was to have a proper balance between the two. He always stressed that good work ethic would lead to the desired result. Dr. Jennings is someone I look up to and admire because he went after his dreams. I can remember him telling me that he was going to become a doctor some day and I believed him because he studied hard while in college and medical school and served as a role model for others around him.

I had the privilege of playing basketball with Torino while at Hampden-Sydney College, and he always displayed great leadership and sportsmanship on the court which is one of the reasons the basketball team was successful during his playing days. I attended his graduation from medical school in Virginia, and I know that was a proud moment for him and his family. I believe he has done a lot of good for the children and the patients in the community where he lives and works.

Dr. Torino Jennings has always displayed tremendous character during the time I have known him and I hope that you get a sense of the quality of the man by what I described above.

Sincerely,

Elson R. DeVan

**TAB 7**

Michele Peebles-Jennings
10181 Scot's Landing Rd.
Mechanicsville, VA 23116


Honorable Judge Richard G. Stearns

Ref: Torino R. Jennings

Dear Judge Stearns,

I am writing in regards to my wonderful husband, Torino Jennings. I affectionately call him "Caretaker" because he always makes sure that everyone around him whether friend or stranger is content before he ever considers himself. My husband, "Tee", will not sit down or relax until everyone else in the room is comfortable and taken care of. This is a difficult letter to write because I find it hard to even put into words the type of man he is.

When we met I had a son from a previous relationship who was only 3 years old. He has always treated him as his own son and never allowed anyone to use the term "step" in reference to him. I don't know what type of young man Justin would be if it had not been for Tee. I don't know where any of us would be without him. He goes above and beyond to try to be a great father and husband. It is a blessing to know that my son has a father who he can pattern his life off of. My husband spends his free time with our kids and other people's kids. He is extremely devoted to the youth here in Richmond and in Roanoke, Virginia where he is from. He has coached both of the boys, Justin and Jerel their entire lives and you would be hard pressed to find any kid male or female in Richmond from age 5-19 that he hasn't had some impact upon. Tee is a doctor and works really hard and long hours in his devotion to his patients. It is in no way unusual for him to be up all night on call, work the following day, and then ride all over town when he gets off to pick up 5-6 kids for study hall and then practice. He makes sure all the players have a ride and if he can't get off in time then that becomes my assignment! He demands that his players go to the library and spend time studying or else they can't play. I have seen him in the library with the AAU basketball team of 10-12 twelve year-olds going from table to table and helping everyone with their homework. You see my husband is very smart , but so humble that you would never know it unless you needed his help with something. He is a man that can go from giving  a lecture to a

room full of scholars to the outdoor basketball courts in the worse projects in town and fit in perfectly in both places. Tee sacrifices sleep on a regular basis to spend time with us as a family. It is nothing for him to start rounding at 4am in the hospital so that he can check on his patients and make it to our daughters' cheerleading or any of the other activities that the kids have.

It is not easy being married to Tee because he is so giving that you have to share him with everyone all the time. A lot of his patients have his cell phone number so that they can call him after hours if they have an emergency. Most of the time it is not a true emergency, but he never complains. Being a physician is all he ever wanted to be and to him it is not a 9-5 job. He keeps his medical hat on 24 hours a day and 7 days a week. Whenever a child is injured at any of the little league fields across town, he is the first to respond. Everybody feels safer because he is around. I have seen him running from field to field for so long now that it is just normal. He does make sure all of the kids and adults for that matter are safe and will ensure that they get immediate service in the hospital if needed. I have seen him do everything from stitches on the sideline, to stablilize broken bones in players and referees, to life saving CPR. He is everybody's doctor for 7-8 hours every Saturday who is present at these community events and of course he does this for free. Our boys are in high school now, but he continues to coach the 9-10 year old little league football and baseball teams. I have seen him so tired that he can barely keep his eyes open, but he will still go into the backyard and catch softball with our daughter. He always tells me stories about not having a father around or not having anyone to take him to practice or help him with his homework when he was a child. He said that he would never be that parent to his kids and to as many other kids as he can he will play that role. He has a 90 year-old grandmother who helped to raise him that he calls every Sunday to check on and we visit in Roanoke, Virginia once a month. He gets off of work and immediately sits down with our kids and goes over all of their homework with them to make sure that they understand everything. Most often we have 2-3 other kids in our home and he makes them pull out their work also. Jerel, our nephew who lives with us and we have custody of went form a D-F student to an A-B-C student strictly because my husband is willing and patient enough to sit with him and help him to understand things for as long as it takes. A lot of the time that does become very late into the night.

God has blessed Tee with many talents, but I feel his greatest gift is compassion. There is no doubt in my mind, the mind of our kids, all of the other kids he coaches, or any of his patients minds that he really

genuinely cares about our well-being. I truly hope that for once he is the recipient of some compassion in return for all that he continuously gives to others. He is known as one of if not the best and most caring doctor in town and I feel that if he is not able to continue to practice medicine not only would it be a dis-service to him, but a dis-service to the community.

Moreover, please have compassion because neither I, our 14 year old boys Justin and Jerel, or our 7 and 8 year old girls Taiylor and Tori can make it without him.


Sincerely,

Michele Peebles-Jennings

**TAB 8**

*Sauntasha L. Austin, Ed.D.*

**Liberty University – School of Education**
**slaustin2@liberty.edu**

**3425 Sterling Rd.**
**Roanoke, VA  24014**
**540-977-3463 (h) or 910-797-7843 (c)**
**snshien@yahoo.com or s.l.austin@cox.net**

Honorable Judge Richard Sterns:

I have known Dr. Torino R. Jennings all of his life.  He is a practical man whose gentle human spirit is irrepressible and empowers others to be the like.  He has a developed patience, cultivated tolerance, and he practices humility, courage and faith rarely seen when dealing with challenging people and/or situations.  Dr. Jennings achievements and his involvement inspire many to strive and apply themselves to execute their very best.  He is often what the people in the community want him to be and expect him to be at all times; he is of life-sustaining value to most and his gratuitous productivity towards the underprivileged and disadvantaged goes beyond words.  He is one who keeps the multi-facets of life in perspective, not losing sight of his purpose to God, his family, to himself, his community, in the workplace, and to his country.  Dr. Jennings not only has a wonderful immediate family, but an extended family who appreciates, supports, loves and respects him.

Dr. Jennings is one of the few successful African-American men who instinctively understand the need for positive mentorship in the lives of our youth and he deposits indispensable qualities of character, honor and integrity, volunteerism, hard-work and sacrifice in their lives.  He is truly an architect of the future for young African-American men, for I've often witnessed him holding tutoring sessions out of his home for the neighborhood children and he simultaneously invests time, energy and focus, in-spite-of his busy schedule, to help broaden and clarify their reason for simply being productive citizens in society.  He has literally become a surrogate parent to many young African-American males who depend on him and they in return absorb and mimic the exemplary qualities he so carefully demonstrates in front of them.  As a result of his positive and productive actions, he has strengthened our community immeasurably and the future for the lives he has impacted holds promise and opportunity.

It is without reservation that I appraise the worthiness of Dr. Torino R. Jennings and share with you of what I know to be one of the BEST and much needed assets in the local community and today's society!!  It should be incumbent upon each and every one of us as it has been with him to render unceasing effort to be of direct, positive benefit to individual lives.  Dr. Jennings is unequivocally a life-impacting, life-changing leader whose personal qualities are life-sustaining to the community and the African-American culture at large.  If it pleases Your Honor, I would be of immediate assistance if needed

in regards to Dr. Jennings.  I can be reached at either one of the referenced email addresses or numbers above.  Thank you.

Sincerely,

Dr. Sauntasha L. Austin

**TAB 9**

July 7, 2009

Rebeka Rogers
9250 Shelton Pointe Drive
Mechanicsville, VA 23116

To Whom it May Concern:

In January 2006, we met Torino Jennings when he asked us if our son wanted to be on his AAU basketball team. We knew he was a physician, but we did not know him in that capacity. To us he is Coach Tee. From the beginning, we knew this was the kind of coach we wanted our son to play for. Coach Tee is about the kids; he is about the team. We had about 12 players on the team. Whenever we had a practice Tee would show up with a car full of kids. In addition to his step son and nephew, Tee would have at least 4 other players. Being that most of the players on our team were kids from single parent families, Tee would go to these boys' homes, and pick them up and take them to practice and return them back home when practice was over. This additional travel time usually added an hour and a half to his day. Tee does this because he knows that by keeping these kids involved with a sport and keeping their minds occupied, it will keep them out of trouble. AAU basketball often involves travel. Again, Tee would take these children with him, often having to "pawn" his own children off on his in-laws in order for him to have room in his vehicle for the players to be able to make it to the tournaments. I know of one time when Tee showed up at a players' house to pick him up, the mother sent him out the door with only the clothes on his back, and a dirty uniform. Tee and his wife, Michele, would have to go home and wash the boys uniform, and then take him to Wal-mart to get him some basic clothes and underwear for the week long tournament. Tee never complained about this and just did it because it was the right thing to do. Not only would Tee bring some of the players to practice, and to out of town tournaments, but often, he would have them stay at his home for weeks on end during school breaks, because the boys did not want to go back to their homes. During warm ups before games, Tee would always have the boys repeat after him, "first focus? defense; second focus? teamwork; add a lot of heart; what does that equal???" and then the team chants, "SUCCESS!". Tee is about WE not ME!

Tee has always impressed us as such a family and caring man. The family support that comes with him is unbelievable. I have often joked, that if our team ever made it to a national championship, there would not be enough room for his whole family. He cares about everyone he sees and is always there to greet you with a big smile and a hug. Another incident that comes to mind that reminds me of what Tee is all about is the following: at one of our middle school basketball games a young girl was singing the national anthem. Because she was nervous, she forgot the words to the song…everyone just stood there in silence, until Tee began to sing it for her, and everyone joined in. Just another example of how Tee is a caring person.

Being with him, I would often forget his was a physician until his pager went off, or until he would run onto the football field or basketball court when a player was injured.  How he has the time to also dedicate himself as a "volunteer" coach is amazing.

Our son adores Tee's basketball expertise.  Even though our son is much bigger than Tee, he still "looks up" to him.  He listens to Tee and values and respects what he has to say both on and off the court.

Tee is an asset to our community and to all of the people who come in contact with him.

Sincerely,

Rebeka Rogers

# TAB 10

June 16, 2009

Dear Honorable Judge Richard G. Stearns,

I would like to express my sincere appreciation for the help and support Dr. Jennings has given to my family as well as many others over the years. He works tirelessly to ensure many kids in the community are cared for. I often ask him "does he ever sleep?" After caring for his patients, Dr. Jennings volunteers as a coach for little league football, baseball and AAU basketball. My son has participated in those sports for the past 9 years. Dr. Jennings not only serves as a coach, but he is also a mentor who encourages young boys to work hard in school and to give back to their communities.

Speaking personally of the support that he has given to my son; he has been a God-send. On more occasions than I can count, Dr. Jennings has assisted Donte' with homework, studying for exams, picked him up from school, taken him to practice and even taken him on trips with his family. He stays on him just like he's one of his sons. I have been so grateful and so blessed to have someone care enough for my child to do all of those things. Dr. Jennings has been so giving of his time and talents that I can't thank him enough for all he's done and continues to do.

I've known Dr. Jennings and his family for many years and he has always been the same. He, like most of us, comes from very humble beginnings. He has always been a hard-working and God fearing man. Over the years as favor has come his way, he has never once turned his back on anyone who needed his help. He has been a wonderful provider for his family as well as his extended family. There's hardly ever a time that he and his wife only have their own children. They have opened their home and their hearts to so many children that they never want to go to their own homes – including mine!

Dr. Jennings has been a pillar of hope to so many who others have given up on. There is one child in particular who comes to mind, Tre'. Tre's family moves frequently and no matter where he goes he knows Dr. Jennings is only a phone call away. Dr. Jennings goes out of his way to pick Tre' up for practice, get him to games and does everything in his power to keep him out of harms way. There have been so many others over the years that Dr. Jennings have developed a bond with and they continue to rely on his wisdom as well as his generosity to help them through. Although he is very tough on the boys, they all know he loves them dearly and he always has their best interest at heart.

In closing, I would like to reiterate the importance of having Dr. Jennings in our community and as a true friend. He inspires the boys to believe that with hard work and determination, they can be whatever they want to be. It is a joy to see Dr. Jennings get the boys all fired up before the games and give them that extra boost of confidence they need to be successful in life. There are few people is this world who can relate to all people no matter what level and no matter what setting. Dr. Jennings is one of those special people who you never forget because he has such a profound impact on the lives he's touched.

Sincerely,

Donna Haynesworth

**TAB 11**

The Honorable Richard G. Stearns
United States District of Massachusetts

John Joseph Moakley U.S. Courthouse                                    August 15, 2009

1 Courthouse Way – Suite 2300 Boston, Ma.02210


Re:   Torino Jennings, M.D.


Dear Judge Stearns;

It is our privilege to write this letter to you on behalf of our nephew-in-law, Torino Jennings, M.D. He has been a highly revered, loving member of our family since August 2001.

Dr. Jennings (who is affectionately called "T" by family and close friends) is a man who exudes a strong spirit of commitment through his involvement in numerous family oriented activities within our community. Despite his full schedule as a physician, Dr. Jennings enjoys coaching our community basketball, baseball and football teams. He is a positive and effective coach who strives to instill strong moral values in his young players. They thrive from his leadership both in school and in sports.

When his nephew and one of his players needed the support of a stable family environment, Dr. Jennings opened the doors to his home and his heart – with his wife's support. In today's society, one could easily understand the avoidance of bringing troubled youth into the family fold. However, Dr. Jennings' sense of obligation to these boys is commendable – even admirable. Realizing they had no one else to guide them, he stepped forward without looking over his shoulder. Once he became aware of their situation, it was never a question what he would do. He has since remained steadfast in his resolve to support these boys in the only way he knows – as a father figure.

How fortunate the child that has Dr. Jennings as his or her mentor. Not only does he teach life lessons as a coach and father figure, he connects to the kids as an attentive listener. To watch him interact with them, you might be convinced he has unlimited time to spend. He has a special way of making them feel as if they are the most important people in his life. Connecting to and caring for people – old and young – seems to come naturally to Dr. Jennings. To put it simply, he is just a kind-hearted person. We are proud to know a young man like Dr. Jennings and to have him as a member of our family.

Respectfully,

Jack and Diane Neal

**TAB 12**

Honorable Judge Richard G. Stearns

I am writing in reference to Torino R. Jennings, M.D. I am informed that you will be presiding over his case. Dr. Jennings has been an essential part of the Richmond community since 1996. He attended medical school here and quickly got involved. His enthusiasm for the youth here is unique. I am the Instructional Specialist for Health and Physical Education for Richmond City Public Schools, and am well aware of Dr. Jennings high level of service. He has never turned us down when we have asked him to volunteer his services to ensure that the youth in our district could obtain physicals for the school year, and developmental camps. At times the number of children exceeded 75 which he donated service for.

I would also like to give you an example of his devotion to this community. Dr. Jennings as I am sure others have written to you, has volunteered his time to many youth associations, but what they may not have mentioned is that Dr. Jennings not only coaches but also serves as a city/countywide league physician. He arrives at 7 – 8 a.m. on Saturdays and watches every game to make sure the kids are safe until around 4 p.m. He runs from field to field to check on every injured player. We know that we can call him at anytime and he will be there for us. He has set broken bones on the sidelines, sutured kids that couldn't afford to go to the hospital, and even performed life-saving emergency intervention on a referee that collapsed with what was later confirmed to be a heart attack. You would be hard pressed to find any child from the age of 6 – 18 in our community that hasn't in some way been impacted by Dr. Jennings. We are forever grateful for his service and all of the parents and children in every organization know that they can count on Dr. Jennings to come to the rescue if ever there is an emergency. He does these things without any accolades or compensation and it would be a shame for you not to consider the unique dedication and character of this young man when you make a decision regarding his future. We totally support him and hope that you can recognize how much we need him here.

Thank you and I am available if I can be of any further assistance.

Sincerely,

William James Sr

Bill James
Instructional Specialist

# TAB 13

# ACHS

## AMELIA COUNTY HIGH SCHOOL

8500 Otterburn Road, Amelia, Virginia 23002
Telephone (804) 561-2101 • FAX (804) 561-4567

Melvin L. Rose, Principal;  Shirley Booker, Asst. Principal;  Kelly Gardner, Admin. Asst./Athletic Director

To whom this may concern:

I am writing this letter on the behalf of Dr. Torino Jennings. The contents of this letter truly cannot express the contributions that Dr. Jennings has made to the community.

Dr. Jennings has served as a physician in the Richmond area for quit some time. During this time he has dedicated himself to the wellness of mankind in various ways.

Every year that my students needed physicals to participate in athletics and had no means of transportation, Dr. Jennings availed himself by traveling to the various communities at moment's notice to give the exams. In addition, he donated the funds received back to the various teams to aid in purchasing equipment and the like. Even though he had a busy schedule his answer was never no, but how can we get it done. He was always concerned about removing barriers that would keep young people from experiencing success.

Often Dr. Jennings has been found working with community organizations that promoted scholarship, service and the uplift of human beings. This was prevalent in his church as well as in area schools.

Through all of this he still has made time to pray and spend time with his family.

I contend that Dr. Jennings is a *good* man who is worthy of compassion in any consideration.

Sincerely,

Melvin L. Rose, D. Div.
Principal

# TAB 14

Dear Judge Richard G. Stearns,

My name is Randy Ashe and I am the Athletic Director at Armstrong High School Richmond, Virginia. My School is in an urban area and has a large number of students that attend whose parents can't afford to take them to the doctor. Dr. Torino Jennings has been coming to our school for the past 5 years and giving these kids athletic physicals for football, basketball, and cheerleading. These student-athletes have to obtain physicals in order to participate in sports and I recognize the service that Dr. Jennings donates to them. At their young age they may not realize the time and finances that Dr. Jennings loses in this service to them, but at some point in life I am sure that they will think back and be grateful. I am excited at the opportunity to write this letter to you because I think that you should know that because of his service, many of these young men and women can participate in activities and stay off of the streets. More importantly, these young people feel a connection to him because he is so caring and can identify with them. I often hear him discussing with the athletes what their grades are as well as their future plans in life. There are housing projects that feed my school and unfortunately there are not a lot of positive role models for these kids. I am assured of one role model that has and hopefully will be able to continue to show up when he is needed for these kids, Dr. Jennings. We, the Armstrong High School community fully support Dr. Jennings and urge you to see the good in this young man and send him back to Richmond with the ability to continue to help us and our kids.

Sincerely,

Randy Ashe

**TAB 15**

**YOLANDA BRUCE BROOKS, Psy.D.**
*For the practice of*
*Clinical, Consulting and Sports Psychology*
*4100 Alpha Road, Suite 1150*
*Dallas, Texas 75244*
*Phone/Fax: (972) 233-2360*

July 20, 2009

The Honorable Richard G. Stearns
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re: Torino Jennings, M.D.

Dear Judge Stearns;

It is my privilege to write this letter to you on behalf of Torino Jennings, M.D., a close family friend and medical professional for whom I have high regard and deep respect.

Dr. Jennings immediately strikes everyone he meets as a friendly, engaging and family centered man. However, upon getting to know him a little better, one quickly realizes that he or she is in the presence of an extraordinary person. Such was my experience when I first met Dr. Jennings in 2004 during a family gathering. Dr. Jennings' youthful appearance and boyish smile set him apart from the crowd, yet he spoke with the wisdom and sensitivity of a man who had lived many more years than he appeared. Unlike many youth of today, Dr. Jennings gravitated toward the seniors in the crowd, spending time patiently listening to their tales and woes as if hearing them for the first time. His patience with and connection to the elderly and youth are noteworthy.

On one occasion, my mother – a child of the Depression- mentioned to me how this young man came to her aid when she was struggling in a parking lot. At the time, she did not know who the young man was, but recounted to anyone who would listen how this young man offered his assistance and stayed with her until he was confident she was okay. It was only later at a family gathering that she realized that this young man was Dr. Jennings, of whom she had heard but never met.

When my uncle was diagnosed with age-related dementia relocated to Virginia I immediately asked Dr. Jennings to be his primary care physician, and he quickly agreed. The move to a new

city was very distressful for my uncle and having a caring and concerned medical provider was paramount. Dr. Jennings' care of my uncle has been consistently superb. When someone has confusion and memory loss, supportive understanding in the implementation of medical care not only needs to be incorporated, in many instances it needs to take precedence. I have personally observed this patient, understanding approach by Dr. Jennings on numerous occasions. His passion for people, especially the elderly and underserved, is observable and palpable.

My background as a clinical psychologist has trained me to be an attentive observer of people, and has trained me to accurately assess the personalities and character of those with whom I interact. I have had the good fortune to spend much of my career working with some of the world's most successful and recognizable people, including businessmen and elite athletes. My private work with these individuals ultimately led me into the world of professional sports – specifically the National Football League (NFL) and the National Basketball Association (NBA). Within this domain I provide a myriad of services, such as organizational/program development, interventions around critical incidents, corporate training, research and analysis, and consultation on life management, relationships, and sports-life balance. I am currently responsible for securing and maintaining league wide support of professional development programs and services for the benefit of NBA players and their families across the country. My personal and professional passion is the family - especially relationship and parenting challenges of highly successful and high profile individuals.

As an analyst, I've learned to recognize congruence when observing people – their interactions and behaviors. This, to me, is an indicator of a person's genuineness, what they value and what holds their hearts' passions. There were a number of things I have observed in Dr. Jennings that led me to find him both impressive and admirable. For example:

1. He takes an active role in supporting those in need. When his brother died, he adopted his nephew and is raising him as a member of his immediate family
2. As coach of his children's sports teams, he attempts to instill good sportsmanship by example - it's important to be a gracious sportsmanship whether in victory or defeat (something I personally believe more coaches should instill in their young, impressionable athletes).
3. He is a man of strong faith and demonstrates sound moral and ethical values to his family and in the community.
4. He is driven to be the best parent, father and son he can be to his family

Through the years, as I have learned more about Dr. Jennings, I have been impressed by his insistence on and ability to embrace primary care medicine in an "old fashioned" way. As the wife of a primary care physician it is clear to me that the value and importance of personalized medical care is steadily increasing, but its availability is decreasing. For a senior citizen, this type of medicine can mean extended life and improved quality of life – and I have no doubt that

my uncle has experienced both as a result of his care from Dr. Jennings.

Based on what I know of Dr. Jennings, he has been and remains a loyal husband, devoted father and involved in the community. I can think of nothing that is of greater importance to him than the love and well being of his family. I believe he is a man of honor and integrity. He is one who gives to – not takes from – others.

Thank you for the opportunity to share my views of Dr. Torino Jennings.

Respectfully,

Yolanda Bruce Brooks, Psy.D.