**TAB 16**

June 22, 2009
3101 Chester, VA 23831
Poplar View Pl.,

Judge Richard G. Stern

Dear Sir,

This letter is in reference to Dr. Torino Jennings.

He is always willing to help you regardless of, if you are a patient or just someone asking for his help. He takes the time to really listen to you, to find the best possible solution to the problem you are faced with. If he cannot solve it he will point you in the right direction to get the help you need.

During my time in nursing school, I could always count on his knowledge of the healthcare profession to guide me through the pathophysiology of any system I was studying at the time. It did not matter to him that he was not getting paid to be an adviser, you could see that it gave him great pleasure in helping you to understand something so dear to him.

It would be a great loss to the community and the medical profession if Dr. Jennings is not allowed to continue to practice in his field. I am sure by all means necessary he will avoid making any similar errors in the future, to maintain his character and professionalism in his field of expertise.

Thank you for your time.

Sincerely,

Carol King LPN

**TAB 17**



# DOMINION MEDICAL ASSOCIATES, INC.
### DIPLOMATES AMERICAN BOARD OF
### INTERNAL MEDICINE / CRITICAL CARE
### AND FAMILY PRACTICE

<table>
<tr><td>DIAGNOSTIC CENTER<br>304 EAST LEIGH STREET<br>P.O. BOX 5449<br>RICHMOND, VA 23220<br>TELEPHONE: (804) 225-7148<br>FAX: (804) 225-7159</td><td>MEDICAL CENTER<br>1510 NORTH 28th ST., STE. 300<br>RICHMOND, VA 23222<br>TELEPHONE: (804) 225-7177<br>FAX: (804) 225-7176</td></tr>
</table>

June 26, 2009

Judge Richard G. Stearns,

I am writing this letter of support for Torino Jennings, MD who is facing charges before you. I ask that you consider this letter and the entire person not just his poor judgment when deciding Dr. Jennings case and future. Hopefully, my words can shed some light on the gentlemen and physician who is an important part of our community, here, in Richmond, Virginia.

Torino and I met approximately ten years ago when he was finishing medical school and I was completing my internship at the Medical College of Virginia. Since then, we have shared the same call group and covered each others patients. He is a competent, compassionate and committed physician who is truly respected and loved by his patients. From time to time, I would get patients referred to me from Dr. Jennings because of change of insurance and they would always say; "... I love Dr. Jennings because he took good care of me. He said you would do the same..." When he was on call, I had no worries because I knew my patients where in good hands. He is an old time physician that works hard and truly cares. His patients are very faithful and loyal to him.

In addition, Dr. Jennings is a spiritual family man who is unselfish. Being from Roanoke, VA, he came from humble beginnings and used basketball to get a scholarship to college, where he was a strong student athlete, and worked hard to go to medical school. He gladly bares the weight of his family by caring for his mother and adopting his nephew after his brother was tragically killed, while caring for his three children and wife. He makes time and sacrifices for everyone except himself most of the time.

Also, Dr. Jennings is a vital part of the community where he routinely speaks at health seminars and screenings to encourage a healthy and more active life style. He is an avid vocalist who sings in the church choir, weddings, and at medical society functions. In addition, he coaches little league football, AAU basketball and is active in many young men's lives by being a role model through sports and medicine. One our colleagues who use to work with Torino shared, "...he can do anything he puts his mind too and do it exceptionally well. I love him. He is a great person..."



# DOMINION MEDICAL ASSOCIATES, INC.
### DIPLOMATES AMERICAN BOARD OF
### INTERNAL MEDICINE / CRITICAL CARE
### AND FAMILY PRACTICE

DIAGNOSTIC CENTER
304 EAST LEIGH STREET
P.O. BOX 5449
RICHMOND, VA 23220
TELEPHONE: (804) 225-7148
FAX: (804) 225-7159

MEDICAL CENTER
1510 NORTH 28th ST., STE. 300
RICHMOND, VA 23222
TELEPHONE: (804) 225-7177
FAX: (804) 225-7176

In sum, Dr. Jennings is a God fearing man who has a genuine and beautiful spirit. He is a person who you would love to have for a son, brother, nephew, doctor, colleague or friend. Despite his core values, he is human and humans make mistakes. I ask that you allow Dr. Jennings to practice medicine so that he can continue to make a difference in the lives of others and be able to provide for his family. He knows he has made a mistake and has let many down who count and look up to him. He wants to redeem himself. If given the opportunity, he will redeem himself and make us all proud including you, Judge Stearns.

In closing, I would like to leave you with the words of a mutual patient of Dr. Jennings that I recently saw. She said,"…tell Dr. Jennings we love him. I know what he did was wrong but he deserves a second chance. He is such a great doctor and wonderful person who cares about everybody. If we had more Dr. Jennings in this community, Richmond, Va. would be a better place. Tell him I'm praying for him and I'm waiting for him to come back to be my doctor. In the mean time, Dr. Covington you can take care of me…" Judge Stearns, I do not condone any illegal activity but please take the entire Dr. Jennings into account when making your decision. Hopefully, I can tell Ms. Ira Jones when she can go back and see Dr. Jennings in his office.

Thank you for your time and consideration.  God bless!

Sincerely,

Damian L. Covington, M.D.

**TAB 18**

Honorable Judge Richard G. Stearns,

I am writing to offer you my opinion regarding Dr. Torino R. Jennings. I think
that it is important for you to know the character of the man I know. Dr. Jennings and
I had the pleasure of having Dr. Jennings rotate through my office as a medical student,
resident, and then worked closely with him after the completion of his training. Dr.
Jennings always stood out as an intelligent student, but even more as a hard worker
and compassionate person.

Dr. Jennings has a wide range of patients all of whom become extremely
attached to him because of his competence first, and then because they realize that
he genuinely cares about their well-being. We work in an extremely underserved
community in which on any given day almost half of the patients that are seen may
not have any insurance. This community needs Dr. Jennings because he doesn't
let the social status of any of his patients dictate the level of care that they receive.
I know for a fact that he takes care of several patients for free, arranges for them
to get their medicine, and freely gives of his time to educate patients. I can
remember asking Dr. Jennings why he spends so much time giving talks at
churches and other civic events and health fairs for free when he can get paid for it.
He would simply say that he has to do it. Dr. Jennings has presented a talk on
diabetes for the American Cancer Society's regional conference geared toward the
healthcare disparities in the African-American male community for the past 3 years.
Not only does he do this for free, but I know that he travelled about 2 hours just
to present and assist with this conference. This is just one example of how this young
man goes out of his way to help others. I can also remember Dr. Jennings seeing a
patient for the first time and informing me that she appeared to have breast cancer on

her initial visit that was likely high grade. This patient had been without insurance, but was told by a friend that Dr. Jennings would be able to tell her what was wrong with her. His intuition was right and he did arrange for his colleagues to see the patient. Unfortunately, the patient was so far along that she didn't live very long after that. Dr. Jennings helped this patient's husband understand that she was not going to live much longer and explained to him that he would be responsible for their two daughters. Dr. Jennings not only attended this woman's funeral, but sang a hymn of inspiration as part of the service.

There are several stories that I am sure people could tell you that are similar to this regarding this self-less young doctor. The most important concept I wish to convey is that this community would suffer greatly if Dr. Jennings is not available to continue his good work. This young man has already invested a great deal in our community and I would like to suggest to you that you take this opportunity to ensure that this patient population continues to have at least one outlet that they can count on for a long time. The majority of the physicians in and around this area will be retiring soon and I can speak for all of us when I say that we can rest easily knowing that Dr. Jennings will be around for a long time to take care of this special group of people. Thank you for your time. Please don't hesitate to contact me if I can be of further service to you.

Harold T. Green, Jr. M.D.

**TAB 19**

**RANDOLPH WILLIAMS, JR.**
**5326 Center Street**
**Williamsburg, Virginia 23188-2815**
**(434) 603-1732 (Cell) (757) 206-1757 (Home) E-mail: randywms@gmail.com**

June 10, 2009

Hon. Judge Richard G. Stearns

Dear Hon. Judge Stearns,

I am writing a letter of support on behalf of Dr. Torino. R. Jennings with whom I started a friendship back in 1991 when I was a high school senior and he was a college freshman. We attended Hampden-Sydney College (HSC) together and have maintained a healthy relationship since our initial meeting. Having 18 years of friendship, I feel that I can provide an accurate assessment of his character.

In addition to my job as the Assistant Dean of Students at the College of William & Mary, I am also a third year doctoral student in the Ph. D. Higher Education Administration Program at the College. My research focuses on the construct of resilience—the capacity to bounce back from adversity strengthened and more resourceful. Torino has epitomized this quality throughout his life. Though having a small physique, Torino never allowed this obstacle to hinder his ability to excel in basketball and ultimately lead his college basketball team to national recognition as demonstrated by the team's appearance in the D-III Elite Eight round. While the entire HSC community was enthralled by the excitement Torino brought to the game, we were more inspired by how he overcame the size challenges and negative perceptions to emerge as a leader.

As an adult, Torino behaves with the same high level of fervor for life and transfers that energy to the many children whom he coaches and mentors in the Richmond area. He has volunteered and coached little league football and baseball teams as well as recreational and AAU basketball teams. With all these teams, Torino has reached a level of success that many coaches aspire to have obtained. Again, resilience emerges in Torino's success, yet now he cultivates that capacity in the youth in which he encounters. At a time when there are various barriers facing children, Torino has proven how he can instill qualities like fortitude, in the children's lives so that they are not just able to field a groundball but also able to handle the curve balls that life will surely throw. His impact on the community is praiseworthy and evidenced by the development seen in the children.

On a professional level, I know first-hand how Torino has given back to college students. In February 2008, Torino returned to HSC to serve on a panel discussing the medical and psychological maintenance of men during a month-long symposium exploring masculinity from various disciplines and fields. Torino realizes the importance of sharing knowledge since he always worked collaboratively as a student. He also acknowledges his responsibility to help prepare future generations of medical professionals.

Ultimately, having experienced the great adversity associated with his current legal matters and reflecting on its meaning, Torino will, I believe, be a stronger person even more inclined than before to contribute positively to the community through his advocacy. He is the type of person needed to improve neighborhoods through his genuine desire to transform people into stronger citizens.

I urge you to consider strongly the valuable talents and skills within Torino. I am more than happy to expand on my thoughts of him if needed.

Sincerely,

Randolph Williams, Jr.

# TAB 20



# THE SAINT PAUL'S BAPTIST CHURCH

*"A Church for People On the Grow!"*

August 8, 2009

Judge Richard G. Stearns
10181 Scot's Landing Road
Mechanicsville, VA

**To the Honorable Judge Richard G. Stearns:**

*Greetings!* This letter comes as a character reference for **Dr. Torino Jennings.** Dr. Jennings has been an active member of our church for several years and during that time has demonstrated himself to be a man of faith, character and honesty. He has been actively involved in the life of our congregation as a community educator and a servant in our music ministry.

Dr. Jennings has demonstrated himself to be a person with strong leadership skills, great analytical ability, sterling character, integrity and intelligence. He is a shining example of diligence and responsibility. Dr. Jennings has a strong educational and spiritual foundation that I believe will serve as a stimulus for his future success as he works to reconcile this unfortunate occurrence in his life.

Tragically and yet hopefully, one of the primary ways in which we progress in life is through the mistakes that we make. I am confident that Dr. Jennings has learned from his mistakes and now deserves the opportunity to move forward positively with his life and career.

It is in that spirit that I offer this letter of character reference and appeal on his behalf for all of the lenience and grace that you can afford him in this process. Any assistance you could provide would be a commendable investment. If I may assist you further in this matter, please contact me at (804) 643-4000.  With warmest regards, I remain.

Sincerely yours,

Dr. Lance D. Watson
Senior Pastor

---

*"One Church in Multiple Locations"*

4247 Creighton Road·2600 East Marshall Street·700 East Belt Blvd.
Richmond, Virginia  23223-7344· 804.643.4000/648.4526 (FAX)
www.myspbc.org

*Dr. Lance D. Watson, Senior Pastor*



# THE SAINT PAUL'S BAPTIST CHURCH

*"A Church for People On the Grow!"*

LDW/rkw

***"One Church in Multiple Locations"***

4247 Creighton Road·2600 East Marshall Street·700 East Belt Blvd.
Richmond, Virginia  23223-7344· 804.643.4000/648.4526 (FAX)
www.myspbc.org

***Dr. Lance D. Watson, Senior Pastor***

**TAB 21**

FROM THE DESK OF:
## MONICA D. LUCAS
P.O. BOX 4434
RICHMOND, VIRGINIA 23220
804.306.2891
moluke@hotmail.com

June 19, 2009

To: The Honorable Judge Richard G. Stearns
Re: Dr. Torino Jennings

Dear Hon. Judge Stearns,

This letter comes as an endorsement of the personal character, professionalism and commitment to community exhibited by Dr. Torino Jennings. It has been an honor for me to have known Dr. Jennings for over 10 years and during this time I have witnessed his natural commitment to care and demonstrate compassion for his family members, friends, his patients and youth within the community. The word *selfless* offers the best description of how Dr. Jennings has spent the majority of his life giving of his time, talents and resources to help and to support the lives of others. I can personally attest to how Dr. Jennings has provided me with healthcare and life saving medication for over five years after I was continuously denied healthcare benefits due to my diagnosis of Type I Diabetes. Realizing the importance of my dependency on insulin injections and my need to have regular healthcare screenings to monitor my condition, Dr. Jennings has never denied me the treatment and medication that was essential to my livelihood based upon my inability to secure insurance or pay out of pocket for healthcare. He decided to provide me with professional care in doing what was in the best interest of my health rather than even considering the long term effects of providing healthcare at no charge. I can definitely attest with all certainty that without Dr. Jennings' benevolence toward me for my healthcare needs, I don't know that I would be able to enjoy the quality of life that I have been able to maintain thus far with my condition.

Dr. Jennings has also provided quality healthcare and treatment to my foster care clients who were often times fearful and intimidated by other doctors who had treated them as insignificant after discovering that they resided in a group home. They often commented that Dr. Jennings was the first doctor who had treated them with respect, who talked with them in a manner which helped them to understand their various health concerns and one who treated them not as just another patient, but as

though their wellness was sincerely important to him. For this reason many of them have taken a sincere interest in their health and have continued to see Dr. Jennings even after aging out of the foster care system.

I have witnessed as Dr Jennings has given unselfishly to the community by supporting the educational, social and recreational exposure and development of youth involved in organized sports leagues. He has dedicated countless days, weekends and seasons to providing guidance and leadership to youth, some of which he has been represented as the only positive male figure in their lives. There are countless young men who have benefitted for years from having known Dr. Jennings as their coach and as a father figure.

In closing, Dr. Jennings, like any other human being is of course not without any fault, however *he is* one who has spent the majority of his life putting the needs of others above and beyond himself. To this end, his consistent compassion to care for others has made him extraordinary, unique and necessary to his family, his friends, his patients, the community and the youth who all continue to admire and appreciate him based upon the sum of his character. He has been an asset to so many people and it is my plea that you would strongly consider the positive impact that Dr. Torino Jennings has brought to so many lives.

I appreciate the opportunity to share my thoughts with you regarding Dr. Jennings and again ask that you would consider the truths that I have shared as you deliberate over his case.

Respectfully Submitted,

Monica D. Lucas

**TAB 22**

61869

To Whom it may Concern:

My name is Frank D. Tennyson. I have been working in the financial services for twenty years. My clients cross several business lines. A large percentage of my business is with doctors.

I have not met anyone in my travels that is as nice, respectable, genuine, responsible as Doctor Torino Jennings. Doctor Jennings, is a incredible man. He cares about his patience, his family, and most important, kids. We have had numerous conversations on how we can do more to help kids. I am amazed at how doctor Jennings balances his time with work and volunteering work with kids and family. As a professional, doctor Jennings won my heart several times. I have called doctor Jennings and asked him to see a friend or client who lost their job and did not have insurance. Doctor Jennings did not hesitate. He welcomed each patient as if they had the best insurance. We all make mistakes in life. The world needs Doctor Jennings, the patients in Richmond need doctor Jennings. He is a great father, husband, doctor, and friend to who ever knows him.

Thanks, Frank D Tennyson

**TAB 23**

To Whom It May Concern:

Dr. Torino Jennings has made a tremendous difference in my life. I was a patient of his for two years and during that time, I had high cholesterol and sugar levels. Instead of medicine, Dr. Jennings referred me to a nutritionist to lower my weight, cholesterol, and sugar. This had great results until I moved to another state in June 2006.

In October 2007, I called Dr. Jennings from Gray, Ga. and told him I was feeling very sluggish and urinating frequently. Dr. Jennings told me I needed to get the nearest doctor as soon as possible. The next day I went to my primary care physician, Dr. Walter Hutchison, and got the news I was Type 2 diabetic, my sugar was out of control, and I would need to take medicine. It hit me like a ton of bricks, and I stepped out of the room and called Dr. Jennings with the news. After learning my levels, he told me things would be okay, however I would need to make some lifestyle changes. Furthermore, he stated that it was very important that I listen to Dr. Hutchison directives. Dr. Jennings proceeded to tell me everything that was going to happen while comforting and preparing me to understand and process Dr. Hutchison's information.

I followed the plan for approximately six months, and then went back to old habits. Earlier this year Dr. Jennings called unexpectedly to ask me how things were going. When I told him I had not been back to doctor in close to a year, he expressed great concern. He told me that I was jeopardizing my life by not maintaining a healthy weight and regular visits. Dr. Jennings' advice had even greater meaning when he asked me to consider how good health would contribute to my presence as a husband and father.

Since that conversation, my weight has dropped from 276 to 234 lbs. I no longer need a breathing machine at night, and I have plenty of energy to keep up with my three-year-old daughter, Isabelle. The best news however is that at my May 22, 2009 check-up, Dr. Hutchinson declared that I no longer needed diabetes medicine because my sugar levels were great. The point of this story is to convey how, unlike most of my experiences with other doctors including my current physician, Dr. Jennings demonstrated expert care and initiated follow-up in a manner that helped me take responsibility for my own good health. Dr. Jennings did it because he is a GREAT DOCTOR and one who is invaluable to his community, family, and patients.

Sincerely,

Gary Rosser Jr.

**TAB 24**

Jerrell T. Dickerson
2119 Rocky Point Ct.
Richmond, Va. 23238

Honorable Richard C Sterns

Re: Dr. Torino Jennings

Judge Sterns:

On behalf of Dr. Jennings, I must say he's made a significant difference in my life. When I met him I was a sophomore with a 1.0 GPA at J.R. Tucker high school. I'm being raised by my grandmother, and at her wits end she discussed my situation with Dr. Jennings. Her decision was to send me to FUMA.

I was rebellious and determined to do my own thing. Dr. Jennings took the time to encourage me giving me guidance, to explain how the structure could mold me for my future. But most of all he was there to listen to me. He understood what I was going through as a male, he was there for me. He really cared about me and others in the community.

Today I'm proud of my achievements, I've graduated from FUMA with honors and a GPA of 4.397. Dr. Jennings played a major role in my life and I appreciate him so much. He may have made a mistake, however I feel it would be a greater mistake for us young people if he's not allowed to continue the services he's good with.

Sincerely,

Jerrell T. Dickerson

Jerrell Travon Dickerson

**TAB 25**

*June 9, 2009*

*To: The Honorable Richard G. Stearns*
*    US Federal District Judge, District Massachusetts*

*I am writing this letter in support of Dr. Torino Jennings, he is a man of the utmost integrity and honesty. He is an "unsung" hero that is a devoted father, Community leader and a Christian. He goes out of his way to help under-privileged kids and wayward boys through church and sports; not only does he coach little leaguers but he nurtures and rears his young players far beyond the game of basketball. He reaches out to young "black" boys with out father figures in their lives and he takes on that responsibility. He works had for his medical practice, he works hard for his church, his little league softball team and his AAU Basketball team. His patients adore him. He is always ready and willing to help anyone that is in need*

*There are very few men of the caliber of Dr. Torino Jennings, he worked his way from very humble beginnings and has earned everything that he has accomplished through discipline and hard work. The only child of an unwed teenage mother, reared in a lower income neighborhood by his Aunt and Uncle, Dr. Jennings beat the odds. He was an exceptional student amidst all of the hardships of his in environment. Dr. Jennings developed a love for the medical profession very early in his life, he was a very sick child and was hospitalized often. From that early experience he always admired medicine and devoted his life to becoming a physician. In his neighborhood not many young black boys aspire to do anything. Dr. Jennings dreamed big and worked even harder.  He was a gifted athlete in High School and College he was a leader in Under-graduate School and Medical School. . He has received numerous awards during his residency and through out his career for excellence in Medicine.*

*He has taken many young boys under in wings and made a tremendous impact that has changed the course of their lives. He works tirelessly to help his patients, his team and his family with very little regard for himself. He always puts others first and delights in helping strangers, acquaintances and loved ones. He is a leader among his peers and continuously influences others to help those in need. He is a man of very small statue with a BIG heart and a GREAT love for medicine.*

*I cannot say enough in support of this outstanding young man. He is one of my greatest contributions to this world.  You see, I am his mother and I admire him more than any other person on this earth. He is a great man, far better than any mother could have wished or prayed for. He is a "credit" to African American Men, to his community and to the Medical field.*

*I am In Total Support of Dr. Torino Jennings,*

**Twanda Jennings- Dula**
New Media Sales Manager
WNCN NBC-17
1205 Front Street
Raleigh, NC 27609
919 835-6431
919 835-1747 Fax
tdula@wncn.com



**TAB 26**

Esther Peebles
7904 Amalfi Ct.
Richmond, VA 23227
(804)-264-0697

Honorable Richard G. Stearns,

Hello, I am writing about my son-in-law Dr. Torino R. Jennings to give you an idea of how much of a blessing he has been to me and my family. It is not often that a daughter marries a man that you would have hand-picked for her, but if I could have chosen a husband for my daughter it would have been "Tee Jennings". You see he is a man of the greatest degree of character and integrity that I have ever known. He works tirelessly to take care of and love his family and makes all of us better for trying to follow his example.

My daughter had a son when she met Tee and he did not judge her for that, furthermore he quickly took my grandson under his wing and was his father even before they were married. Most fathers now a days don't spend time actually raising their own kids, moreover a child who is not biologically theirs. All of our worries regarding not only our daughter, but mostly our grandson were relieved once Tee came into their life. It is unusual for a man with his accomplishments at such a young age to still exhibit old-fashioned values and traditions. He is a gentleman, who wouldn't dare sit while a lady is standing in the room, he opens doors, says thank you and he takes his family to church on a regular basis. He sings so well that many people attend church just to hear him sing. His calling in life is to help others and he is a natural at that. He is my doctor and I can see why so many of his patients will only see him and follow his advice. He takes the time to sit with you and explain things so that you can really understand them. Dr. Jennings found cancer in my brother as well as my husband and I know that deep down inside he wished that he wasn't so good at what he does on both of those occasions. My brother did eventually succumb to his cancer, but it was Dr. Jennings' heartfelt compassion that made the entire process less painful for my brother and us. I saw how he made sure that first my brother understood all of his options and then that we as a family understood what was going on and I knew first-hand why so many of his patients appear to be obsessed with seeing only him. I am proud to say that largely due to his diligence and probably his prayers too my husband has been in remission for over a year now. Although we are family, he has this same dedication to all of his patients and their families. He makes himself available. It is rare for us to get thru a Sunday dinner without his phone ringing and him having to excuse himself to answer someone's question. His dedication is unwavering to the point where I worry about him because I don't think that he gets anywhere near enough sleep. There is nothing about Tee that deserves to be punished and I know deep in my heart that he would never knowingly do anything wrong. I truly believe that and if you knew him you would feel the same. I would wager that you can't find anyone who really knows him that would have one bad word to say about him. I am unsure of what the outcome of this situation will be, but I am sure that if any individual deserves an opportunity or forgiveness, then this young

man is that individual.  If you truly do reap what you sow, then you will send him back to us without a blemish.

Thank you for your time and please do not hesitate to contact me if you need anything further.

Thoughtfully yours,

Esther Peebles

Esther Peebles

**TAB 27**

Sonya Mayo Saunders
9014 Torno Drive
Richmond, VA 23228
July 20, 2009

Hon. Richard G. Stearns
1 Courthouse Way
Boston, MA 02210


Judge Stearns:

It is with mixed emotions that I submit to you this character reference for Dr. Torino Jennings. Whenever the opportunity presents itself I am always proud, willing, and extremely happy to share my thoughts and feelings about this great man. This time, however, I add sadness to the list of emotions felt due to the circumstances under which this reference is required.

I have known Torino for about 20 years. We grew up as classmates together in Roanoke, Virginia. We were friends because we had quite a few things in common; large faith-based families, church activities, basketball, and the desire to one day become pediatricians. Most of these similarities were common among our friends, but the one thing that distinguished the two of us was that we wanted to be children's doctors.

From the day that I met Torino, I knew that this was his dream. And although his studies led him to specialize in Family Medicine instead of Pediatrics, something is to be said about a boy from a working-class family who became a man that made his dream a reality. I think that I can say, with a strong sense of understanding, as his friend who shared the same dream and then became a teacher/worker in corporate America, that a dream is nothing unless one has the drive and commitment to bring it to fruition. Torino had that drive, that commitment, and more.

He was always a hard worker who was willing to sacrifice and give 100 plus percent. It was the norm for us care-free college kids to stay at home partying while Torino would leave for the library to meet with a med-school study group. It was also the norm for Torino to come in from a long night of cracking the books at the same time as we were coming in from a crazy night on the town. For a young man this type of sacrifice, among the many others made, coupled with his unyielding effort and faithfulness, brought Torino's childhood dream of becoming a medical doctor to life. Your honor, I pray that you will be merciful by allowing him to continue practicing that for which he worked so very hard.

Currently, as a man with a wife and beautiful children, Dr. Jennings has continued to live in that vein of commitment and dedication; showing a special interest now in his community. Torino is an active member of an established church, is a winning coach for children's sports leagues, and provides pro-bono medical services to the general public on a regular basis. To take away his ability to do these things would not only hurt him and his family, but would be a detriment to the community who loves him. I believe that a great deal of respect is also due to Dr. Jennings because as a young man, he adopted his nephew and has raised him as if he were his own son. Torino means so much to so many. He shines as one of the brightest stars in our hometown of Roanoke, Virginia, and is known by many in the city of Richmond and surrounding counties as just "a good guy".

Your honor, I humbly submit this letter of character reference, and ask that you take all that you have learned about Dr. Torino Jennings, from myself and others, and weigh it accordingly. He did make a mistake, but this mistake does not make the man. Dr. Jennings deserves to be forgiven and to be given a second chance. Please allow him the opportunity to continue to inspire, and to show those in his shadow that the justice system is fair to good citizens who work hard, who pray hard, and who help others with all that God has given them. Thank you for your time.

Sincerely,

Sonya Mayo Saunders
Sonya Mayo Saunders

**TAB 28**

June 17, 2009

Attn: Judge Richard G. Stearns,

My husband and I have known Dr. Torino Jennings for approximately 6 years.  Since knowing him, we have only known him and his family to be upstanding citizens.  Dr. Jennings has been a positive role model for the community and youth.  He has voluntarily coached two of our sons' little league baseball and football teams, even when his children were not on the team.  This dedication demonstrates his commitment to the youth.  Dr. Jennings is also a very enthusiastic and caring person who genuinely cares for people.  He and his family often have community gatherings at their home to promote positive interaction and family quality time.  We look to him for medical issues during games and he never hesitates to assist with any needs, small or large.  He has become known as our unofficial doctor when there are injuries on the field or any events.

In addition, Dr. Jennings's has an open door policy with his home. He has often allowed low-income adolescents to reside in his home during the summer in order for them to remain active in community events and surrounding sports.  This allows the youth to be involved in positive activities during the summer instead of having the opportunity to make negative decisions when they are not actively involved.  This act of kindness also exhibits his wonderful character and his innate need to help others.

We are pleased to say that it is a privilege to know Dr. Jennings and he is a uplifting and positive figure in our, as well as all of peers, lives.  We can honestly say that Dr. Jennings has enriched our lives in more ways than one.

Sincerely,

Rashika and Corey Wallace

# TAB 29

June 11, 2009

To: The Honorable Richard G. Stearns
    US Federal District Judge, District Massachusetts

I am writing this letter in support of Dr. Torino Jennings, He is a "GREAT" father, and husband. His wife is a home maker and Dr. Jennings is solely responsible for providing for his family. He has taken on the responsibility of raising his nephew along with his 3 other children. Dr. Jennings goes out of his way to help young teenagers stride to be the best that they can be. He stresses the importance of education to his kids, works tirelessly to help his children and nephew with their home work and other athletic agendas.

Dr. Jennings is an outstanding community leader and there are so many people that admire him. He's an active member of his church and a devoted Christian. He is gracious to everyone whether it is a homeless man or a diplomat. He always puts others first, he never meets a stranger. He coaches high school and AAU basket ball; that's what he loves to do. His children are so involved in an array of sports.

Dr. Jennings has always talked about being a Doctor for a long as I have known him. He committed himself to it. There were long nights in college at the library studying for his ambition. He never lost sight of what he wanted to accomplish with his life. After all the tests and passing the boards, that day came, he became a Doctor. Since that day he has worked tirelessly caring for the elderly, sick and the needy. He is a committed young Doctor and loves what he does. He always gives back to his community and everyone appreciates his generosity.

There cannot be enough good things said about Dr. Jennings. He's a devoted husband, father and Doctor. He goes above and beyond in everything he does.  Dr. Jennings is a "GREAT" person and above all he's an "OUTSTANDING" young Doctor.

Most Sincerely,

Turner T. Dula

# TAB 30

*Sandra Dickerson-Fox*

6508 McLean Street
Richmond, VA  23231
(804) 236-9709

August 20, 2009

Honorable Richard C. Sterns

RE:   Dr. Torino Jennings

Dear Judge Sterns:

I have been acquainted with Dr. Torino Jennings for some time now.  I can attest to
him being a caring and dedicated person and physician.  There are numerous people to
whom he has contact with that really appreciate his knowledge and dedication to the
community.

The youth especially look forward to the time he spends with them, whether it's
counseling, playing athletic sports or sharing his wisdom.  As for myself, I feel one of
his greatest attributes is having compassion and willingness to encourage and nurture
the positive ideas of our youth.

Your Honor, I fully understand the seriousness of this infraction and I am aware there
should be retribution.  However, my wish is for you to consider all the people to whom
he's been a positive influence, those he has encouraged to graduate from school, and
all the patients he's taken the extra step to provide genuine quality care.  That's a very
special person this day in time.  I know Dr. Jennings can't change the world but, the
impact he's had in the community has made a difference.  Please allow him to
continue.

Sincerely,

Sandra Dickerson-Fox
Home  (804) 236-9709
Cellular (804) 909-1159
Work (804) 233-8400

**TAB 31**

June 17, 2009

Dear Judge Richard G. Stearns,

The year was 2002 when a man of small physical statue was introduced
to me as Dr. Torino Jennings. My first thought was that he was
too young to be a doctor.  However, he was there to complete his internship.
Once completing his internship,  he became a co-worker at the family
practice where we began a great working relationship.

At first, the patients thought that he was a little boy and that
he needed more time to finish school. His patients
quickly became overwhelmed with his bedside manners and the way
That he would help them. Dr. Jennings made all of his patient
 feel very important and took time out to make sure that they
all received the best medical care. He made sure that all proper
procedures, labs, referrals and testing were done for each and every
patient .  Thus, he was well respected by all patients.

All of the community knew him as Coach Tee. He volunteered a lot of his free
time helping the kids with sports and schoolwork.  He coached little league, t-ball,
basketball and football. All of the parents and the kids loved him.   Dr. Jennings
was always making sure that the kids did their homework and maintained good
grades. Education was important to Dr. Jennings.

Dr. Tee quickly became a very good friend to my family and me. My mother
called him the son she never had.  Dr. Jennings came to be like a brother.  I could
go to him for advice or just to have friendly conversation.

To know Dr. Jennings is to appreciate the kind, caring, loving father and family
man that he exemplifies..

Respectfully,

Lunetta Davis

**TAB 32**

To: Judge Richard G. Stearns

From: Mr. & Mrs. Allie C. & Deborah Roane
        8994 Rustins Rest Drive
        Mechanicsville, Virginia 23111
        August 28, 2009
        1(804)779-1014[Home]
        1(804)928-8332 [Cell]

Re: Letter of Reference for Dr. Torino Jennings

Dear Judge Stearns,

       We are writing this letter on behalf of Dr. Torino Jennings, our Family Physician.
Dr. Jennings has been our physician for the past few years. We were first introduced to
him when he worked in another practice. We highly recommend Dr. Jennings to you and
everyone that we meet. We found in Dr. Jennings a positive and prompt doctor with
excellent qualifications. He is also a man that cares deeply about his patients and staff.
He is a true family man that loves his wife and children and we are proud to be apart of
his practice.

       We switched from within a practice from a doctor that we liked very much to Dr.
Jennings because we appreciated how he cared about how long a patient had to wait for
a physician's care and how well a doctor's practice should run. We have been impressed
by his professionalism and we have every confidence in him.

       During our times of crucial medical needs when we need prompt and immediate
care, Dr. Jennings was always there! We have great respect for Dr. Jennings and we are
pleased to write this letter on his behalf. We once again take genuine pleasure in
recommending with complete confidence Dr. Torino Jennings.


Sincerely,

*Mr. Allie Clinton Roane*
Mr. Allie Clinton Roane

*Mrs. Deborah W. Roane*
Mrs. Deborah W. Roane

**TAB 33**

# The Temple of The Way Out Church

4142 Melrose Ave., Suite 22A  -  Roanoke, VA 24017
Church: 540-265-8808  -  Cell: 540-556-5955

Dear Honorable Judge Richard Sterns:

It is indeed our earnest pleasure to be of character reference for Dr. Torino Jennings. Dr. Jennings is a vital, "lifeline" Trustee member of the Temple of the Way Out church presently serving in the capacity of Chairman of the Board. Dr. Jennings has made significant, outstanding contributions as an entrusted board member, being instrumental in the development and re-organization of many of our church ministries. As Senior Pastor and as Trustees of the Board, we have continuously relied on Dr. Jennings' abilities to execute responsible and productive leadership in support of the purpose, mission, and vision here at the Temple of the Way Out church.

In the most concrete way, Dr. Jennings is directly responsible for professional, concise and effective communications, interpreting and bridging barriers, and establishing solutions for the greater good of the ministry. He is emotionally, intellectually, and spiritually sound and possesses a leadership ability that the ministry can count on. He is a man of God with exceptional talent, integrity, strong moral values, high standards, and unwavering loyalty. He is an exemplary role model who is respected and admired by many in the community. Dr. Torino Jennings consistently exhibits focused, careful and appropriate physical and communicative behaviors. His commitment, dedication, and performance in his service are beyond reproach, and indeed, he has demonstrated such in his years of volunteerism.

Dr. Jennings actively participates in church activities and services. On many occasions, he has been called upon to deliver speaking engagement messages to the youth here at the church and in the local community. He is an invaluable mentor and contributes to the productive growth of our youth, particularly the young African-American males who are progressive in education, at-risk, and even the athletes trying to secure scholarships to further their education and enhance their athletic abilities. He has undoubtedly remained faithful and encouraging to many underprivileged and underserved children reassuring them that the future is attainable, to anticipate it and to prepare for it.

Dr. Torino Jennings is undoubtedly an example of quiet heroism to the religious and local community sector here in the Roanoke Valley; we love him and the community loves him! It is my hope that he will remain of benefit and sustenance to the differing facets of our church ministry and to the many lives he has touch and has been a productive part of. If I can be of further assistance, please do not hesitate to contact me personally at 540.819.1884 (c).

Pastor Nurumbi D. Hash

In Christ and with kind regards,

Nurumbi D. Hash, Senior Pastor
(&) Temple of the Way Out Board of Trustees

**TAB 34**

**Richard L. Bennett, M.D.**

| | |
|---|---|
| 2809 North Avenue Suite 201 | 1510 N. 28th St. Suite 207 |
| Richmond, VA 23222 | Richmond, VA 23223 |
| (804) 321-2651 | (804) 649-0044 |

Dear Honorable Richard G. Stearns,

My name is Richard L.Bennett; I am a local Pediatrician in Richmond, Virginia. I have had a pleasure of knowing Dr. Torino Jennings for well over a decade. We both attended Medical School together, Virginia Commonwealth University School of Medicine. In medical school Torino was a diligent student who not only studied hard but also took the time to volunteer with at risk youths. He and I have remained friends and colleagues over many years. He is the personal physician for many of my family members and has done an excellent job. He also is an avid sports fan who volunteers his time not only to coach his children but others who look up to him as a father figure.

I am fully aware of the current situation and I am saddened. However everyone makes a mistake and I believe everyone deserves an unprejudiced second chance. So I hope that Dr. Torino Jennings is awarded this opportunity for another chance and a fresh start. Thank you for your time and consideration concerning this matter. If you have any questions feel free to give me a call a (804)649-0044.

Sincerely,

Richard L. Bennett, M.D

# TAB 35

243 Carlstone Court
Highland Springs, VA. 23075
June 25, 2009

TO:    THE HONORABLE JUDGE RICHARD G. STEARNS

RE:    Dr. Torino Jennings

I am writing as a character reference for Dr. Torino Jennings, whom I have had the honor
of knowing for several years, as both a professional and personal supporter of my family.

My name is Herbert H. Johnson, Jr.  I have been a resident of Highland Springs since
1977 and a 1971 graduate of VCU.  As a result of being married for almost 39 years, I've
been blessed with three children and two grandsons.  One of the results of being a parent
and grandparent for such a length of time, has been the recognition in the importance of
"family values".

Dr. Jennings exemplifies such values.  I've witnessed first hand seeing Dr. Jennings
mentor and foster the positive development of young men as a coach and a "father
figure",  to youth who otherwise would have gone the wrong way.

On a more personal note, Dr. Jennings has rendered to me the best service as my
physician for the last six years. "T", as we refer to him in my household, has taken time
to mentor and be a very positive influence on my eldest grandsons values, while  working
with him as his basketball coach for the last three years.

In closing, I can honestly say that because of my respect and trust in Dr. Jennings, that if
I were to discover that I was terminally ill, I would not hesitate in asking him to join my
innermost family circle and be in my grandson's lives and continue to serve as a positive
role model.

Respectfully Submitted,

Herbert H. Johnson, Jr.

**TAB 36**

June 18, 2009

**Judge Richard G. Stearns**
**Hearing Clinics of Virginia**
**10181 Scot's Landing Road**
**Mechanicsville, Virginia 23116**

**Dear Judge Stearns:**

I am writing this letter out of concern for a good man and doctor who has made a big mistake. We all have made mistakes that we have regretted. I know Dr. Jennings regret what he has done. Please give him a second change to prove he is sorry for what he has done.

I am a patient of Dr. Torino Jennings and I am proud to said that he is my doctor. Dr. Jennings has been my doctor sent he began at Dr. Harold Green's office. First, I worked with him----------he is one of the finest doctor I have work for and is a patient of. Dr. Jennings really get to know his' patients, he is concern about them, listen to what they have to said and treat them with passion and respect. To me, he is a "GOD sent". It is hard to find a good doctor who respect you as a person these days; it took me a long time to feel safe with a doctor; I am 60 years old. Dr. Jennings is the only doctor that I have had who worked with me to make sure I had the right medicine for my blood pressure.

Please give my doctor another change and accept his' apologize and keep him instated because I do not want another doctor as so as many of his' other patients that I have spoke with. **PLEASE DO NOT LET ME AND HIS' OTHER PATIENTS DOWN;** we need this doctor.

Thank you for this opportunity to express myself, let this wonderful doctor be the doctor we all know he can be and is.

Francine Saunders Booker

**A Concern Patient**

**TAB 37**

7- 29- 09

Dear Judge

I 'Am writing to you concerning Dr. Jennings. I 'am A retired Superisor For Richmond Newspaper. I started going to see Dr. Jennings when my Co. doctor retired. I have been seeing him going on three years, I realy Feel at ease going to him. I Found him tobean out standing young doctor, he also belongs to my Church. St. Paul's Baptist Church under Paster Watson, also he sings in the Men's Choir.  I'am hoping that you will have a little consideration For him and the out come of his trial.

Signed,
Carlton C. Wynn