# EXHIBIT B

**Generation X-Cel**
Youth & Family Services

"building self-esteem, preservation."

Torino R. Jennings, M.D.
10181 Scot's Landing Rd.
Mechanicsville, VA 23116

Dear Dr. Jennings:

Congratulations, you have been selected for the position of Program Director with Generation X-Cel Day Treatment. Your official start date is November 1, 2009. As a condition of employment, you must serve a 30 day probationary period. After you have successfully completed this, you will then qualify for the company benefits.

Within the next 3 days, you will need to turn in the following information/documentation:
- A completed I-9 form and support documentation (I-9 document a listing of support documentation has been attached)
- A copy of your degree/educational certificates or transcripts
- A copy of your driving record
- A completed Federal/State wage exemption forms
- Employee handbook sign off sheet (document attached)
- Policy and Procedure sign off sheet (document attached)
- Human Rights Understanding sign off sheet (document attached)
- Client's Confidentiality Agreement sign off sheet (document attached)
- Direct Deposit form completed (document attached) and a voided check of account that monies will be deposited (no copies of check)
- Authorization for Release of Information sign off sheet (document attached)
- Report of Tuberculosis screening/PPD

Again, welcome to the Generation X-Cel Day Treatment Program. We hope you find working here an enjoyable and rewarding experience. Should you have any questions, feel free to call me directly at 804.279.8995

Sincerely,

Meaghan Hanson
Office Manager