UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                                    )<br>)<br>TORINO JENNINGS                         )<br>)<br>Defendant.                                   ) | Case No. 09CR10160-RGS |

FILED
CLERK'S OFFICE
2009 NOV 10 P 3: 49
U.S. DISTRICT COURT
DISTRICT OF MASS.

## JOINT MOTION FOR CORRECTION OF JUDGMENT

The United States of America and Torino Jennings, by and through their respective counsel, file this Joint Motion For Correction of Judgment pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure.

The sentence presently reflected in the Judgment in this case is inconsistent with that ordered by the Court at the time of sentencing on November 4, 2009, with respect to the misdemeanor counts contained in Counts 1-7 of the Information. It is also, with respect to these counts, beyond the maximum penalties permitted by law. Accordingly, the parties jointly move the Court to issue an amended judgment which conforms to the sentence of imprisonment and supervised release announced orally at the time of sentencing.

As announced by the Court at the time of sentencing, the defendant was committed to the Bureau of Prisons to be imprisoned for six months on (misdemeanor) Counts 1-7 and one year and one day on (felony) Counts 8-11, all to run concurrently. In the judgment, the defendant is sentenced to a year and a day on each of Counts 1-11, to run concurrently.

On November 4, 2009, the Court announced that upon release from imprisonment, the defendant would be on supervised release for a term of one year on Counts 1-7 and three years on Counts 8-11, to run concurrently. In the judgment the defendant is presently sentenced to a supervised release term of three years on each of Counts 1-11, to run concurrently.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
STEPHEN P. HEYMANN
Assistant U.S. Attorney

By: _/s/ Damien Powell by sph_
BRUCE SINGAL
DAMIEN POWELL
Counsel for Torino Jennings

## CERTIFICATE OF SERVICE

I hereby certify that this document filed by hand will be sent by first class mail to Bruce Singal and Damien Powell, counsel of record for the defendant.

_____
STEPHEN P. HEYMANN
Assistant United States Attorney

Date:  November 10, 2009