| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:09CR10160-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:12CR042 |

FILED IN CLERK'S OFFICE
2012 APR -2 P 4: 14
U.S. DISTRICT COURT
DISTRICT OF MASS

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Torino Jennings | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Boston | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Richard G. Stearns | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 19, 2010 | TO November 18, 2013 |

**OFFENSE**

Cts. 1-7: Introduction of Misbranded Drugs into Interstate Commerce, 21 § 331(a), 333(a)(1) & 353(b)(1);

Cts 8-11: Tax Evasion, 26 U.S.C. § 7201

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-16-12.
Date

/s/ Richard G. Stearns
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Virginia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 19, 2012
*Effective Date*

/s/
Henry E. Hudson
United States District Judge